**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Criminal Case No. 07-338 (EGS) |
|  | ) |
| COLLEEN MCCAREY, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Ms. McCarey's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 is **DENIED**; it is further

**ORDERED** that the Clerk of Court is directed to close Civil Case Number 16-2024.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**January 2, 2019**